UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

TIMOTHY WARREN TAYLOR,

    Plaintiff,

v.

SCOTT L. HOLMES, et al.,

    Defendants.

_____/

Case No. 1:08-cv-952

Hon. Janet T. Neff

## ORDER AND PARTIAL JUDGMENT
## APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, as to Defendant Corning and Defendant Ward, filed June 30, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that Defendant Corning's Motion for Summary Judgment (Dkt. No. 18) is **GRANTED in part and DENIED in part**.

**IT IS FURTHER ORDERED** that Defendant Ward's Motion for Summary Judgment (Dkt. No. 20) is **GRANTED** and the claims against her are dismissed with prejudice.

Dated: July 21, 2009

/s/Janet T. Neff
JANET T. NEFF
UNITED STATES DISTRICT JUDGE