UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMOTHY WARREN TAYLOR,

    Plaintiff,

Case No. 1:08-cv-952

v

HON. JANET T. NEFF

SCOTT L. HOLMES, et al.,

    Defendants.
_____/

## JUDGMENT

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant filed a motion for summary judgment. The matter was referred to the Magistrate Judge, who issued a Report and Recommendation, recommending that this Court grant Defendant's motion and enter judgment for Defendant. The Report and Recommendation was duly served on the parties. No objections have been filed, see 28 U.S.C. § 636(b)(1), and the Court issues this Judgment pursuant to FED. R. CIV. P. 58.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation (Dkt 43) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that this matter is dismissed pursuant to Fed. R. Civ. P. 41(b) and W.D.Mich L.R. 41.1 for want of prosecution and failure to comply with the rules and orders of this court.

Dated: August 25, 2009                  /s/Janet T. Neff
                                                    JANET T. NEFF
                                                    UNITED STATES DISTRICT JUDGE